O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY KIRKORIAN,  <br>          Petitioner,  <br>     vs.  <br>R. LOPEZ, WARDEN, ET AL.,  <br>          Respondents. | CASE NO. CV 11-01390 FMO (RZ)  <br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: April 25, 2013

                              /s/
                    FERNANDO M. OLGUIN
                 UNITED STATES DISTRICT JUDGE