**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY KIRKORIAN, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> R. LOPEZ, WARDEN, ET AL., ) <br> ) <br> Respondents. ) <br> ) | CASE NO. CV 11-01390 FMO (RZ) <br><br> JUDGMENT |

This matter came before the Court on the Petition of MICHAEL ANTHONY KIRKORIAN, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: April 25, 2013

/s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE